UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CLINT PHILLIPS, III, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:24-CV-00009-AGF |
| ST. LOUIS COUNTY, | ) ) ) |
| Defendant. | ) ) |

**MEMORANDUM AND ORDER**

This matter is before the Court upon review of the file. Plaintiff instituted this case on or about January 2, 2024 by filing a civil complaint, but he did not pay the required filing fee or file a motion seeking leave to proceed without prepayment of such fee. On January 18, 2024, the Court entered an order directing him to do one or the other. Plaintiff's response was due on February 1, 2024.

On January 23, 2024, Plaintiff filed a document titled "Caselaw in reference to compensatory damages: Case No. 4:24-cv-00009-AGF." (ECF No. 3). The document is unsigned. As indicated by the title, the document contains case citations that Plaintiff appears to believe support the claims he asserts in the Complaint. The document contains nothing that can be interpreted as addressing the Court's January 18, 2024 Order. To date, Plaintiff has filed nothing else.

Plaintiff was given meaningful notice of what was expected, and he was given ample time to comply. However, he has not complied with the Court's January 18, 2024 Order, or sought additional time to do so. The Court will dismiss this action at this time, without prejudice, due to Plaintiff's failure to comply with the Court's January 18, 2024 Order. *See* Fed. R. Civ. P. 41(b);

*see also Brown v. Frey*, 806 F.2d 801, 803-04 (8th Cir. 1986) (a district court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.  A separate order of dismissal will be entered herewith.

Dated this 12th day of February, 2024.

                                                AUDREY G. FLEISSIG
                                                UNITED STATES DISTRICT JUDGE